# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JACQUELINE M. GOODTEACHER,**<br><br>Defendant. | **8:16CR304**<br><br>**ORDER** |

This matter is before the Court on the Government's Motion For Dismissal, ECF No. 17. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED:

1. The Government's Motion For Dismissal, ECF No. 17, is granted, and

2. The Indictment, ECF No. 1, is dismissed, without prejudice, as it pertains to Defendant Jacqueline M. Goodteacher.

Dated this 9th day of December, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge